# United States Court of Appeals for the Federal Circuit

---

**DANIEL R. SMITH,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-2213

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-3246, Chief Judge Margaret C. Bartley.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

March 10, 2025
Date

Jarrett B. Perlow
Clerk of Court